JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GLOBAL DIGITAL MEDIA, LLC,<br><br>Plaintiff(s),<br><br>v<br><br>GREGG PLITT, ET AL,<br><br>Defendant(s) | CASE NO. SA CV 13-01691-DOC (ANx)<br><br>**ORDER DISMISSING CIVIL CASE** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon good cause shown by **February 6, 2015**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: October 24, 2014